# Third District Court of Appeal
## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2324
Lower Tribunal No. M20-17053
_____

**Yasmany Mendoza,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Christine Bandin, Judge.

Carlos J. Martinez, Public Defender and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.